FILED

09/28/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0355

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0355

STATE OF MONTANA,

>    Plaintiff and Appellee,

v.

COREY JACK ELTON,

>    Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until October 27, 2021, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
September 28 2021